JOSEPH GRAZIANO et al., Individually and as Copartners Doing Business as JOSEPH GRAZIANO COMPANY, Respondents, v. INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, Appellant.— Present — Wenzel, Acting P. J., MacCrate, Schmidt, Murphy and Ughetta, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Was the order of the Special Term, entered November 22, 1954, properly made? Present — Nolan, P. J., MacCrate, Schmidt, Murphy and Ughetta, JJ. [See *ante,* p. 867.]

GRACE HELFRICH, Appellant, v. MARY F. CERMAK, Respondent, et al., Defendant.— Present — Wenzel, Acting P. J., MacCrate, Schmidt, Murphy and Ughetta, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — MacCrate, Acting P. J., Schmidt, Beldock, Murphy and Ughetta, JJ. [See *ante,* p. 856.]

LOUIS IMPERATO, Respondent, v. THOMAS C. SCAFIDI, Appellant.— Present — Wenzel, Acting P. J., MacCrate, Schmidt, Murphy and Ughetta, JJ.

In the Matter of the Accounting of EDWARD Q. CARR et al., as Coexecutors of JOHN T. BISHOP, Deceased, Appellants. PAUL E. LORD et al., Practicing under the Name of LORD & HUNTINGTON, Respondents.— Present — Wenzel, Acting P. J., MacCrate, Schmidt, Murphy and Ughetta, JJ. [See 285 App. Div. 1160.]

In the Matter of the Adoption of GEORGIA P. BRUNDAGE, an Adult, by FREDERICK W. KIRBY. JAMES M. M. KIRBY, Individually and as Committee of the Person and Property of BENJAMIN A. KIRBY, an Incompetent Person, Appellant; GEORGIA P. BRUNDAGE, Respondent.— Present — Wenzel, Acting P. J., MacCrate, Schmidt, Murphy and Ughetta, JJ. [See 285 App. Div. 1185.]

In the Matter of the Probate of the Will of MOSES TROPPER, Deceased. JOSEPH TROPPER et al., Appellants; REGA TROPPER et al., Respondents.— Present — Wenzel, Acting P. J., MacCrate, Schmidt, Murphy and Ughetta, JJ. [See *ante,* p. 858.]